# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

|  |  |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE 10TH FAMILY COURT OF ANADOLU IN ISTANBUL, REPUBLIC TÜRKIYE IN THE MATTER OF *AHMED M. BEDIER v. ASLIHAN BEDIER.* | Case No. 1:24-mc-19 |

## *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

Jessica D. Aber, United States Attorney for the Eastern District of Virginia, by the undersigned Assistant United States Attorney, Matthew J. Mezger, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Matthew J. Mezger, Assistant United States Attorney, Commissioner for the purposes of obtaining testimony from Mongi Dhaouadi in the form of written responses to interrogatories. Certain information has been requested by the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye ("Turkish Court") pursuant to a Letter of Request issued by that court in connection with a civil judicial proceeding captioned *Ahmed M. Bedier v. Aslihan Bedier*, Foreign Reference Number 2022/480.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

//

//

//

Dated: July 10, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*: _____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:　(703) 299-3741
Fax:　(703) 299-3983
Email: matthew.mezger@usdoj.gov

*Counsel for United States of America*