# Exhibit 2

**TURKISH EMBASSY**
WASHINGTON, D.C.

Z-2023/95505191/37246778 -

    The Embassy of the Republic of Türkiye presents its compliments to the U.S. Department of Justice and has the honor to enclose herewith documents, transmitted by the Turkish Ministry of Justice on behalf of 10th Family Court of Anadolu, İstanbul ( No:2022/480), seeking judicial assistance in the case involving "Mongi Dhaouadi."

    The said court requests to receive the information mentioned in the attached letter rogatory. The Department of Justice is kindly requested to intercede with the appropriate U.S. Authorities in order to enable the provision of the aforementioned judicial assistance.

    The Embassy of the Republic of Türkiye avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration.

December 15, 2023

U.S. Department of Justice
Office of Foreign Litigation
Office of International Judicial Assistance
(Katerina V. Ossenova)
1100 L Street, NW, Room 8102
Washington, D.C. 20530

DEC 2 8 2023
189-25-24-38

ANNEX: 1 (ENGLISH)

# LETTER OF REQUEST

1. Name and Address of the Requesting Authority: ISTANBUL ANATOLIA COURTHOUSE
10th FAMILY COURT
Esentepe Mahallesi E-5 Güney Yan Yol Caddesi
No: 39, 34865 Kartal/ İSTANBUL,
FILE No: 2022/480 Docket

2. Name and Address of the Requested Authority:
TO THE COMPETENT JUDICIAL AUTHORITY OF THE UNITED STATES OF AMERICA
U.S. Department of Justice Civil Division Office of International Judicial Assistance
Benjamin Franklin Station P.O. Box 14360 Washington, D.C. 2004 United States of America

3. Nationality and Addresses of the Parties to the Law Suit:

**RESPONDENT/COUNTER PETITIONER**
AHMED M BEDIER

**PETITIONER/COUNTER RESPONDENT**
ASLIHAN BEDIER

4. Names and Addresses of Representatives, if any:

**RESPONDENT/COUNTER PETITIONER'S ATTORNEY**
Atty. BEYBIN SOMUK - [16241-42739-66616] UETS

**PETITIONER/COUNTER RESPONDENTS ATTORNEY**
Atty. ELIF TANDOGAN - [16399-93745-68844] UETS
Atty. ALIYE ERTUGRUL - [16682-86487-84787] UETS

5. The nature of the case requiring the provision of the evidence subject to the request, and all the necessary information on this issue :

***Divorce (Divorce Due to the Shaking of the Foundation of Marriage (Contested)), Divorce and Sharing of Assets (Divorce and Sharing of Property Due to Fundamental Shaking)***

6. Place and Date of Trial :

7. Nature of the Request Letter:   HEARING OF THE RESPONDENT/COUNTER PETITIONER'S WITNESS

---

*It has been translated from the original Turkish language into the English language accordingly. Orijinal Türkçe belge aslına uygun olarak Türkçe dilinden İngilizce'ye çevrilmiştir.*

MERT TERCÜME
Adli ve Noter Yeminli
Tercüme Hizmetleri

8.     **Name, Nationality and Address of the Persons to be Interviewed:**

**NAME SURNAME:** Mongi Dhaouadi

**ADDRESS:** 614 N. Ripley Street  Alexandria, VA 22304 USA

**USA Passport #:** A04930120

**mobile:** +1 (860) 514-8038

9.     **Questions to be directed to the Persons to be Interviewed:**

**Respondent/Counter Petitioner's Questions to the Witness**
1. Where and how did He/she meet with Ahmed Bedier? How long they were friends?
2. Does Her/she know that Ahmed Bedier is married? Did the client dell him/her that he is married with a woman in Turkey?
3. Did he/she participate at the conference together with Ahmed Bedier in Tunisia?
4. How much time did he/she spend together with Ahmed Bedier during the conference in Tunisia?
5. Did he/she stay in the same hotel with Ahmed Bedier throughout the conference in Tunisia?
6. If he/she stayed in the same hotel with the client, did he/she see Ahmed Bedier with a woman in an intimate manner during the period of their accommodation?
7. Does he/she know Mouna Jedidi? If he/she knows. how long does he/she know her? Was Mouna Jedidi also at the conference. which he attended with him/her?
8. Did he/she witness any intimate personal relation between Ah met Bedier and Mona Jedi?
9. Did he/she witness staying of Mouna Jedidi and Ahmed Bedier in the sane room at the hotel?
10. How was the behaviour of Ahmed Bedier against Mouna Jedidi throughout the conference? Did he/she witness any behavior of him against Mona Jedi, different than the one, he displayed to other participants.
11 How is Ahmed Bedier's character? Has there been any talk between Ahmed Bedier and him/her about whether Ahmed Bedier loved his spouse Mrs. Aslıhan or not and whether he was cheating his wife with other women or not?
12. What was the subject and contents of the conference he/she took part with Ahmed Bedier in Tunisia?
13. What does he/she know about professional Career and political opinions of Ahmed Bedier?
14. Did Ahmed Bedier go to Tunisia for visiting purposes once more after the conference in Tunisia?

**Petitioner/Counter Respondent's Questions to the Witness**
1. Was he/she invited to the wedding of the parties? If she was, whether she came to the wedding or not?

2. Was he/she even introduced to Mrs. Ash?

3. What she knows about the marriage of Mr. Ahmed and Mrs. Ash that constitutes worthy for testimony? What she knows?

4. How many times did the respondent party get married and divorced until this time? How many marriages did Mr. Ahmed make?

---

*It has been translated from the original Turkish language into the English language accordingly. Orijinal Türkçe belge aslına uygun olarak Türkçe dilinden İngilizce'ye çevrilmiştir.*



5. Does he/she know whether the respondent party cheated the client with other women?

6. Whether she/he knows that the respondent had been complained by his female colleague in WMNF Radio from sexual abusing within the scope of Me-Too action? 7. Whether he/she knows or not that the respondent party attended to Prevention of Sexual Abuse Certificate program upon this complaint and he got a certificate in order to sustain making a program in the local radio?

8. What was the task of the respondent party in religious radicalization training, organized by Mongi in Tunisia?

9. Based on what, he took the respondent Mr. Ahmed to Tunisia to give training? Based on only to their friendship? On which criteria and by which institutions the lectures had been selected?

10. Did Mr. Ahmed stay in Golden Tulip El Meehtel hotel during the training?

11. Does he know Mouna Jedidi? If he knows, how and is his relation with her?

12. Did Mouna Jedidi attend the training, given in Tunisia?

13. Whether he/she knows or not that Mona and Mr. Ahmed became close and they spent the night in the hotel room of Mr. Ahmed?

14. Whether he/she knows or not that Mr. Ahmed and his student Mouna communicated later by means of telephone and over social media platforms'?

15. Whether he/she knows or not that Mouna threated Mr. Ahmed with exposing his inappropriate pictures. taken in the hotel room?

16. Whether he/she knows or not that Mr. Ahmed sent any money to Mouna?

17. Whether he/she knows or not that Mr. Ahmed had any relation with women in social networks, such as finder, focused on finding different partners?

18. Whether he/she knows or not the reason of divorce of Mr.Ahmed from his previous spouse before Mrs. Aslıhan?

19. Whether he/she knows the relations of Mr. Ahmed with his spouses and children?

20. Whether he/she was introduced to the previous spouse of Mr. Ahmed, before Mrs. Ash?

21. Tow many partners/spouses did Mr. Ahmed change during the period, he/she knew him?

22. Whether Mr. Ahmed introduced himself as a married man in the environments, he attended?

23. Whether he/she knows or not why Mr. Ahmed does not wear his wedding ring?

24. Whether she introduces Mrs. Aslıhan as his wife in Social media or not?

---

*It has been translated from the original Turkish language into the English language accordingly. Orijinal Türkçe belge aslına uygun olarak Türkçe dilinden İngilizce'ye çevrilmiştir.*

MERT TERCÜME
Adli ve Noter Yeminli
Tercüme Hizmetleri

25. Whether she /he has any information why he does not introduce her as his wife? We request by proxy from the esteemed court that these questions to be asked to him/her with our respect.

10. The documents or other property, real or personal, to be inspected:

11. Request for notification of the time and place for the execution of the request (Art 7):

12. The other judicial actions to be executed:

13. The taking of the statement by oath or confirmation and any special procedure to be used:

*Time and shape of the oath*
*The Code of Civil Procedure, Article 258*
(1) The oath is performed before the witness is heard.
(2) While the oath is being taken, everyone present, including the judge, stands up.
(3) Judge asks witness "on your dignity, honor; do you swear on all the beliefs and values you have that your answers to the questions asked as a witness will be correct and that you will not hide anything you know?", In response, the witness is deemed to have sworn by saying "I am honored to answer the questions correctly without hiding anything, I swear on my honor and on all my beliefs and values that I hold sacred."

14. Any special method or procedure to be followed:

15. Annexes:

23/08/2023

Pınar YİĞİT 216657
JUDGE OF THE 10th FAMILY COURT
ISTANBUL ANATOLIA COURTHOUSE

---

*It has been translated from the original Turkish language into the English language accordingly. Orijinal Türkçe belge aslına uygun olarak Türkçe dilinden İngilizce'ye çevrilmiştir.*




EK:1(İNGİLİZCE)

## İSTİNABE TALEPNAMESİ
*Letter of Request*

| | |
|---|---|
| **1. Talep eden makamın adı ve adresi :** | İSTANBUL ANADOLU 10.AİLE MAHKEMESİ ESENTEPE MAHALLESİ E-5 GÜNEY YANYOL CADDESİ NO:39 34865 KARTAL/İSTANBUL DOSYA NO:2022-480 ESAS |
| **2. Talep edilen makamın adı ve adresi:** | AMERİKA BİRLEŞİK DEVLETLERİ YETKİLİ ADLİ MAKAMINA U.S. Department of Justice Civil Division Office of International Judicial Assistance Benjamin Franklin Station P.O. Box 14360 Washington, D.C. 20004 United States of America |
| **3. Dava taraflarının isim, uyrukluk ve adresleri:** | **DAVALI/KARŞI DAVACI:** AHMED M BEDIER  **DAVACI / KARŞI DAVALI:** ASLIHAN BEDIER |
| **4. Eğer varsa yasal temsilcilerinin isim ve adresleri :** | **DAVALI/KARŞI DAVACI VEKİLİ:** Av. BEYBİN SOMUK - [16241-42739-66616] UETS  **DAVACI/KARŞI DAVALI VEKİLİ:** Av. ELİF TANDOĞAN - [16399-93745-68844] UETS ALIYE ERTUGRUL - [16682-86487-84787] UETS |
| **5. Talep konusu delilin sağlanmasını gerekli kılan davanın niteliği, bu konuyla ilgili verilmesi gerekli bütün bilgiler :** | ***Boşanma (Evlilik Birliğinin Temelinden Sarsılması Nedeni İle Boşanma (Çekişmeli)), Boşanma Ve Mal Paylaşımı (Temelden Sarsılma Nedenli Boşanma Ve Mal Paylaşımı)*** |
| **6. Duruşmanın yeri ve tarihi :** | |
| **7. İstinabe talebinin niteliği :** | DAVALI/KARŞI DAVACI TANIĞININ DİNLENMESİ |
| **8. İfadesine başvurulacak kişilerin isim, uyrukluk ve adresleri :** | **ADI SOYADI:** Mongi Dhaouadi  **ADRES:** 614 N. Ripley Street  Alexandria, VA 22304 USA **USA Passport** #: A04930120 **mobile:** +1 (860) 514-8038 |
| **9. İfadesine başvurulacak kişilere yöneltilecek sorular :** | |

## Davalı/Karşı Davacının Tanığa Soruları:

1-Ahmed Bedier ile nasıl ve nerede tanışmıştır. Kaç yıldır Arkadaşlar?
2-Ahmed Bedier'in evli olduğunu biliyor mu? Müvekkil ona Türkiye'de bir kadınla evli olduğundan bahsetmiş midir?
3-Ahmed Bedier'le birlikte Tunus'ta konferansa katıldılar mı?
4-Tunus'taki konferans boyunca Ahmed Bedier'le ne kadar vakit geçirdiler?
5-Tunus'taki konferans için Ahmed Bedier'le aynı otelde kaldı mı?
6-Müvekkille aynı otelde kaldılarsa, kaldıkları süre boyunca Ahmed Bedier'i herhangi bir kadınla yakın bir şekilde gördü mü?
7-Mouna Jedidi'yi tanıyor mu? Tanıyorsa ne kadar süredir tanıyor? Ahmed Bedier ile birlikte katıldıkları konferansta Mouna Jedidi de var mıydı?
8-Ahmed Bedier ile Mouna Jedidi arasında herhangi bir kişisel yakın ilişkiye şahit oldu mu?
9-Ahmed Bedier ile Mouna Jedidi'nin otelde birlikte aynı odada kaldıklarına şahit oldu mu?
10-Ahmed Bedier'in konferans boyunca Mouna Jedidi'ye davranışları nasıldı? Konferanstaki diğer

11-Ahmed Bedier'in karakteri nasıldır? Ahmed Bedier'le arasında Ahmed Bedier'in eşi Aslıhan hanımı sevip sevmediği, başka kadınlarla aldatıp aldatmadığı hususlarında herhangi bir konuşma geçmiş midir?
12-Ahmed Bedier'le birlikte Tunus'ta katıldıkları konferansın konusu ve içeriği neydi?
13-Ahmed Bedier'in mesleki kariyeri ve siyasi görüşleri hakkında ne biliyor?
14-Ahmed Bedier Tunus'taki konferanstan sonra bir daha Tunus'a ziyarete gitti mi?

## Davacı/karşı davalının Tanığa Soruları:

1-Davalı yan ile ilişkisi? Tanışıklığı? Kaç yıldır arkadaş oldukları?
2-Evlenirken düğüne davet edilip edilmediği? Davet edildiyse gelip gelmediği?
3-Ahmed Bey'in Aslı Hanım'la evliliği hakkında tanıklık teşkil edecek neye haiz olduğu? konuşacak ne bildiği?
4-Davalı yanın bu zamana kadar kaç kere evlenip boşandığı? Ahmed Bey daha evvel kaç evlilik yapmıştır?
5-Davalı yanın başka kadınlarla Aslı Hanım'ı aldattığını bilip bilmediği?
6-Davalı yanın Me Too hareketi kapsamında cinsel tacizden dolayı WMNF Radyosu'nda bayan çalışma arkadaşı tarafından şikayet edildiğini bilip bilmediği?
7- Bu şikayet üzerine Yerel Radyo'da program yapmayı sürdürebilmek için kendisinin Cinsel İstismarı Önleme Eğitimi Sertifika Programı'na katıldığını ve sertifika aldığını bilip bilmediği?
8-Mongi'nin Tunus'ta düzenlediği dini referanslı radikalleşme eğitimde görevi?
9-Davalı Ahmed Bey'i neye dayanarak Tunus'a eğitim vermeye götürmüştür? Sadece arkadaşlıklarına binaen mi? Hangi kurum kuruluş tarafından konuşmacılar hani kriterlere göre seçilmiştir?
10- Eğitim boyunca Ahmed Bey Golden Tulip El Meehtel Hotel'de mi kalmıştır?
11-Mouna Jedidi'yi tanıyor mu? tanıyorsa nasıl? İlişkisi nedir?
12- Mouna Jedidi Tunus'ta verilen bu eğitime katıldı mı?
13-Ahmed Bey ile Mouna'nın yakınlaştığını ve Ahmed Bey'in otel odasında yakınlaştığını, geceyi birlikte geçirdiklerini bilip bilmediği?
14-Ahmed Bey ile eğitim alan öğrencisi Mouna'nın sonrasında da telefon ve sosyal medya platformları üzerinden görüştüklerini bilip bilmediği?
15- Mouna'nın Ahmed Bey'i otel odasındaki uygunsuz resimlerini ifşa etmekle tehdit ettiğini bilip bilmediği?
16-Ahmed Bey'in Mouna'ya para gönderdiğini bilip bilmediği?
17-Ahmed Bey'in Tinder ve onun gibi farklı partner bulma odaklı sosyal ağlarda kadınlarla ilişkisi olduğunu bilip bilmediği?
18-Ahmed Bey'in Aslıhan Hanım'dan önceki eşinden boşanma sebebini bilip bilmediği?
19-Ahmed Bey'in Aslıhan Hanım'dan önceki eşi ile tanışıp tanışmadığı?
20-Ahmed Bey'in eşleri ve çocuklarıyla ilişkilerini?
21-Ahmed Bey'i tanıdığı süre içinde kaç tane eş/partner değiştirdiği?
22-Ahmed Bey'in kendini girdiği ortamlarda evli olarak tanıtıp tanıtmadığını?
23-Ahmed Bey'in neden evlilik yüzüğü takmadığını bilip bilmediği?
24. Ahmed Bey'in sosyal medyada Aslıhan Hanım'ı eşi olarak tanıtıp tanıtmadığını?
25. Neden tanıtmadığıyla ilgili bilgisi olup olmadığı?

**10. İncelenmesi istenen belgeler, taşınmaz
veya kişisel diğer mal varlığı :**
*The documents or other property, real
or personal, to be inspected :*

**11. İstinabe işleminde ilgililerin hazır bulunmasını
sağlamak üzere istinabenin tarihi ve yeri
konusunda bilgi istenip istenmediği:**
*Request for notification of the time and place for
the execution of the request (Art 7):*

**12. Yerine getirilmesi istenen diğer adli işlemler :**
*The other judicial acts to be executed :*

**13. İfadenin yeminle veya onaylanmak suretiyle alınması ve kullanılacak herhangi bir özel usule ilişkin talep :**

*Yeminin Zamanı ve Şekli*
*Hukuk Muhakemeleri Kanunu Madde 258*
*(1) Yemin, tanığın dinlenilmesinden önce eda edilir.*
*(2) Yemin eda edilirken, hâkim de dâhil olmak üzere hazır bulunan herkes ayağa kalkar.*
*(3) Hâkim tanığa, "Tanık sıfatıyla sorulacak sorulara vereceğiniz cevapların gerçeğe aykırı olmayacağına ve bilginizden hiçbir şey saklamayacağınıza namusunuz, şerefiniz ve kutsal saydığınız bütün inanç ve değerler üzerine yemin ediyor musunuz?" diye sorar. Tanık da cevaben, "Sorulacak sorulara, hiçbir şey saklamadan doğru cevap vereceğime namusum, şerefim ve kutsal saydığım bütün inanç ve değerlerim üzerine yemin ediyorum." demekle yemin eda edilmiş sayılır.*

**14. Herhangi bir özel yöntem veya usul :**
*Any special method or procedure to be followed:*

**15. Ekler:**

23/08/2023

Pınar YİĞİT 216657
İSTANBUL ANADOLU
10. AİLE MAHKEMESİ HAKİMİ