# Exhibit 3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

|  |  |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE 10TH FAMILY COURT OF ANADOLU IN ISTANBUL, REPUBLIC TÜRKIYE IN THE MATTER OF *AHMED M. BEDIER v. ASLIHAN BEDIER.* | Case No. 1:24-mc-19 |

## COMMISSIONER'S SUBPOENA

**To:** Mongi Dhaouadi
614 N. Ripley Street
Alexandria, Virginia 22304

I, Commissioner Matthew J. Mezger, Assistant United States Attorney for the Eastern District of Virginia, acting under the Authority of Title 28, United States Code, Section 1782, for the purpose of rendering assistance to the Republic of Türkiye, command that you provide to me evidence for use a civil lawsuit in the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye entitled *Ahmed v. Bedier v. Aslihan Bedier*, Foreign Reference Number 2022/480, said evidence being:

To provide the completed affidavit – signed and notarized – responding to the Turkish Court's interrogatories by email to me at Matthew.Mezger@usdoj.gov or by mail at the address set forth below no later than _____ (date).

Matthew J. Mezger
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

For failure to provide said evidence, you may be deemed guilty of contempt and liable under penalties under the law. The recipient of the attached subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

If you have any questions regarding the contents of this request or the methods by which you may comply with the subpoena, please contact me by phone at (703) 299-3741 or by email at Matthew.Mezger@usdoj.gov.

Dated this _____ day of _____, 2024.

_____
Matthew J. Mezger, Commissioner
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

0U.S. DEPARTMENT OF JUSTICE
OFFICE OF INTERNATIONAL JUDICIAL
ASSISTANCE
-------------------------------------------------x
IN RE:                                          :
                                                :
LETTER OF REQUEST FROM THE 10TH   :   Ref No.: 2022/480
FAMILY COURT OF ANADOLU IN                      :
INSTANBUL OF REPUBLIC TÜRKIYE                   :   DJ No. 189-25-24-38
IN THE MATTER OF AHMED M                        :
BEDIER V. ASLIHAN BEDIER                        :
-------------------------------------------------x

## EXECUTION AFFIDAVIT OF LETTER OF REQUEST

I, Mongi Dhaouadi, a citizen of _____ (country), born on _____, in _____ (city, state or country), presently residing at _____ (address), state under oath:

I have been furnished by the U.S. Department of Justice, Office of International Judicial Assistance, with a copy of the above captioned Letter of Request, issued pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, requesting that I answer written interrogatories relating to a civil case captioned <u>Ahmed M. Bedier v. Aslihan Bedier</u>, and pending before the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye.

The following are my responses to the questions contained in the Letter of Request. These responses are based upon personal knowledge.

INTERROGATORIES I to Mongi Dhauouadi

INTERROGATORY 1: Where and how did he/she meet with Ahmed Bedier? How long they were friends?

ANSWER:


INTERROGATORY 2: Does he/she know that Ahmed Bedier is married? Did the client tell him/her that he is married with a soman in Turkey?

ANSWER:


INTERROGATORY 3: Did he/she participate at the conference together with Amed Bedier in Tunisia?

ANSWER:

INTERROGATORY 4: How much time did he/she spend together with Ahmed Bedier in Tunisia?

ANSWER:


INTERROGATORY 5: Did he/she stay in the same hotel with Ahmed Bedier throughout the conference in Tunisia?

ANSWER:


INTERROGATORY 6: If he/she stayed in the same hotel with the client, did he/she see Ahmed Bedier with a woman in an intimate manner during the period of their accommodation?

ANSWER:


INTERROGATORY 7: Does he/she know Mauna Jedidi? If he/she knows? How long does he/she know her? Was Mouna Jedidi also at the conference? Which he attended with him/her?

ANSWER:

INTERROGATORY 8: Did he/she witness any intimate personal relation between Ahmet Bedier and Mona Jedi?

ANSWER:

INTERROGATORY 9: Did he/she witness staying of Mouna Jedidi and Ahmed Bedier in the same room at the hotel?

ANSWER:

INTERROGATORY 10: How was the behavior of Ahmed Bedier against Mouna Jedidi throughout the conference? Did he/she witness any behavior of him against Mona Jedi different than the one, he displayed to other participants?

ANSWER:

INTERROGATORY 11: How is Ahmed Bedier's character? Has there been any talk between Ahmed Bedier and him/her about whether Ahmed Bedier loved his spouse Mrs. Aslihan or not and whether he was cheating his wife with other women or not?

ANSWER:

INTERROGATORY 12: What was the subject and contents of the conference he/she took part with Ahmed Bedier in Tunisia?

ANSWER:

INTERROGATORY 13: What does he/she know about professional career and political opinions of Ahmed Bedier?

ANSWER:

INTERROGATORY 14: Did Ahmed Bedier go to Tunisia for visiting purposes once more after the conference in Tunisia?

ANSWER:

INTERROGATORIES II to Mongi Dhauouadi

INTERROGATORY 1: Was he/she invited to the wedding of the parties? If she was, whether she came to the wedding or not?

ANSWER:


INTERROGATORY 2: Was he/she even introduced to Mrs. Ash?

ANSWER:


INTERROGATORY 3: What she knows about the marriage of Mr. Ahmed and Mrs. Ash that constitutes worthy for testimony? What she knows?

ANSWER:


INTERROGATORY 4: How many times did the respondent party get married and divorced until this time? How many marriages did Mr. Ahmed make?

ANSWER:


INTERROGATORY 5: Does he/she know whether the respondent party cheated the client with other women?

ANSWER:


INTERROGATORY 6: Whether she/he knows that the respondent had been complained by his female colleague in WMNF Radio from sexual abusing within the scope of Me-Too action?

ANSWER:


INTERROGATORY 7: Whether he/she knows or not that the respondent party attended to Prevention of Sexual Abuse Certificate program upon this complaint, and he got a certificate in order to sustain making a program in the local radio?

ANSWER:

INTERROGATORY 8: What was the task of the respondent party in religious radicalization training, organized by Mongi in Tunisia?

ANSWER:

INTERROGATORY 9: Based on what he took the respondent Mr. Ahmed to Tunisia to give training? Based on only to their friendship? On which criteria and by which institutions the lectures had been selected?

ANSWER:

INTERROGATORY 10: Did Mr. Ahmed stay in Golden Tulip El Meehtel hotel during the training?

ANSWER:

INTERROGATORY 11: Does he know Mouna Jedidi? If he knows how and is his relationship with her?

ANSWER:

INTERROGATORY 12: Did Mouna Jedidi attend the training given in Tunisia?

ANSWER:

INTERROGATORY 13: Whether he/she knows or not that Mona and Mr. Ahmed became close, and they spent the night in the hotel room of Mr. Ahmed?

ANSWER:

INTERROGATORY 14: Whether he/she knows or not that Mr. Ahmed and his student Mouna communicated later by means of telephone and over social media platforms?

ANSWER:

INTERROGATORY 15: Whether he/she knows or not that Mouna threated Mr. Ahmed with exposing his inappropriate pictures, taken in the hotel room?

ANSWER:

INTERROGATORY 16: Whether he/she knows or not that Mr. Ahmed sent any money to Mouna?

ANSWER:

INTERROGATORY 17: Whether he/she knows or not that Mr. Ahmed had any relation with women in social networks, such as finder, focused on finding different partners?

ANSWER:

INTERROGATORY 18: Whether he/she knows or not the reason of divorce of Mr. Ahmed from his previous spouse before Mrs. Aslihan?

ANSWER:

INTERROGATORY 19: Whether he/she knows the relations of Mr. Ahmed with his spouses and children?

ANSWER:

INTERROGATORY 20: Whether he/she was introduced to the previous spouse of Mr. Ahmed before Mrs. Ash?

ANSWER:

INTERROGATORY 21: How may partners/spoused did Mr. Ahmed change during the period, he/she know him?

ANSWER:

INTERROGATORY 22: Whether Mr. Ahmed introduced himself as a married man in the environments he attended?

ANSWER:

INTERROGATORY 23: Whether h/she knows or not why Mr. Ahmed does not wear his wedding ring?

ANSWER:

INTERROGATORY 24: Whether she introduces Mrs. Aslihan as his wife in social media or not?

ANSWER:

INTERROGATORY 25: Whether she/he has any information why he does not introduce her as his wife? We request by proxy from the esteemed court that these questions to be asked to him/her with our respect?

ANSWER:

*"I am honored to answer the questions correctly without hiding anything. I swear on my honor and on all my beliefs and values that I hold sacred."*

The foregoing answers are true and correct to the best of my knowledge and belief.

Dated: _____, _____ (City, State)

_____ \_\_\_\_, _____ (Date)

_____
Signature

_____
Print Name