# Exhibit 4



KMStanford:mtr

**U.S. Department of Justice**
Civil Division
Office of International Judicial Assistance

---

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

February 23, 2024

**BY EMAIL**
Mongi Dhaouadi
30 Spring St., #2
New London, CT 0630-3511
Email: Mongi25d@gmail.com

    Re:    Request for International Judicial Assistance from the 10th Family Court of
            Anadolu in Istanbul, Republic of Türkiye, in <u>Ahmed M. Bedier v. Aslihan Bedier</u>,
            Ref No.: 2022/480
            DJ Reference Number: 189-25-24-38

Dear Mr. Mongi:

    The Office of International Judicial Assistance, within the U.S. Department of Justice Civil Division, serves as the U.S. Central Authority for the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. 28 C.F.R. § 0.49. Pursuant to that Convention, we received a Letter of Request seeking evidence in a civil matter pending in the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye ("Turkish Court").

    In its Request, the Turkish Court requested we obtain evidence, in the form of testimony, from you in response to a civil lawsuit filed by Ahmed M. Bedier. I am hopeful you will provide the answers voluntarily by completing the enclosed form, entitled "Execution Affidavit of Letter of Request," which sets forth the questions as worded in the attached translation of the Letter of Request. **After completing the affidavit, please return it by email to OIJA@usdoj.gov no later than March 15, 2024.** If you are unable to send the affidavit electronically, it may be sent by mail, preferably by FedEx, to the following address:

                  Krysta M. Stanford
            Trial Attorney, U.S. Department of Justice
        Office of International Judicial Assistance
             1100 L Street, NW, Room 8024
               Washington, D.C. 20005

    I anticipate that the questions that are the subject of this Request may be answered with little inconvenience to you. Please note, however, that if you are unwilling to comply voluntarily, this Office may request that the United States District Court for the District of Connecticut

compel you to answer the questions, subject to your right to assert any applicable testimonial privileges. See 28 U.S.C. § 1782.

Please confirm receipt of this Request and your intention to comply voluntarily by calling 202-353-2148 or by email at OIJA@usdoj.gov. Do not hesitate to contact our office if you have any questions. Thank you in advance for your cooperation and assistance in this matter.

Very truly yours,

KRYSTA M. STANFORD
Trial Attorney

Enclosures:
    (1) Letter of Request
    (2) Execution Affidavit of Letter of Request

| | |
|---|---|
| **From:** | OIJA Mailbox |
| **To:** | "mongi25d@gmail.com" |
| **Subject:** | New International Judicial Assistance Request (189-25-24-38) |
| **Date:** | Thursday, February 22, 2024 1:54:00 PM |
| **Attachments:** | 189-25-24-38$Execution Affidavit.docx |
| | 189-25-24-38$Execution Package.pdf |

Mr. Dhaouadi:

My colleague spoke with you regarding a request for international judicial assistance sent from Turkey in <u>Ahmed M. Bedier v. Aslihan Bedier</u>, which seeks testimony from you. Attached please find the Execution Package, which contains our cover letter, the Execution Affidavit, and the Court's Letter of Request. For your convenience, I have attached the Word Document version of the Execution Affidavit so that you may easily type your answers.

Please let me know if you have any questions. Kindly confirm receipt of this email. We appreciate your time and cooperation in this matter.

Best regards,

**Larissa Johnson**
Paralegal
Leidos/DOJ Contractor
Office of International Judicial Assistance
U.S. Department of Justice
202-514-6700 / OIJA@usdoj.gov