# Exhibit 5



**U.S. Department of Justice**
Civil Division
Office of International Judicial Assistance

KMStanford:mtr:lkj

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

March 20, 2024

**BY EMAIL**
Mongi Dhaouadi
30 Spring St., #2
New London, CT 0630-3511
Email: Mongi25d@gmail.com

Re: Request for International Judicial Assistance from the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye, in <u>Ahmed M. Bedier v. Aslihan Bedier</u>, Ref No.: 2022/480
DJ Reference Number: 189-25-24-38

Dear Mr. Mongi:

The Office of International Judicial Assistance, within the U.S. Department of Justice Civil Division, serves as the U.S. Central Authority for the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. 28 C.F.R. § 0.49. Our office has already been in contact with you by a letter regarding a Letter of Request seeking evidence in a civil matter pending in the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye ("Turkish Court"). That Request is once again provided to you with this letter, including the questions from the Turkish Court that require your prompt response.

In its Request, the Turkish Court requested we obtain evidence, in the form of testimony, from you in response to a civil lawsuit filed by Ahmed M. Bedier. I am hopeful you will provide the answers voluntarily by completing the enclosed form, entitled "Execution Affidavit of Letter of Request," which sets forth the questions as worded in the attached translation of the Letter of Request. **After completing the affidavit, please return it by email to OIJA@usdoj.gov no later than April 12, 2024.** If you are unable to send the affidavit electronically, it may be sent by mail, preferably by FedEx, to the following address:

Krysta M. Stanford
Trial Attorney, U.S. Department of Justice
Office of International Judicial Assistance
1100 L Street, NW, Room 8024
Washington, D.C. 20005

Our office is contacting you for the second time to seek your voluntary cooperation with this Request. If you are unwilling to comply voluntarily, or if you do not reply to this letter by

April 12, 2024, our office will seek a court order from the United States District Court for the District of Connecticut to compel you to provide your testimony pursuant to 28 U.S.C. § 1782.

  Please confirm receipt of this Request and your intention to comply voluntarily by calling 202-353-2148 or by email at OIJA@usdoj.gov. Do not hesitate to contact our office if you have any questions. Thank you in advance for your cooperation and assistance in this matter.

        Very truly yours,

        *[signature]*

        KRYSTA M. STANFORD
        Trial Attorney

Enclosures:
 (1) Execution Affidavit of Letter of Request
 (2) Letter of Request

| | |
|---|---|
| **From:** | OIJA Mailbox |
| **To:** | mongi25d@gmail.com |
| **Subject:** | International Judicial Assistance Request (189-25-24-38) |
| **Date:** | Wednesday, March 20, 2024 10:54:00 AM |
| **Attachments:** | 189-25-24-38$Execution Package 2.pdf |
| | 189-25-24-38$Execution Affidavit.docx |

Dear Mr. Dhaouadi,

I am writing to transmit this Request for a second time. Please provide your responses to these interrogatories as soon as possible.  Please let me know if you have any questions.

Kindly confirm receipt of this email. We appreciate your time and cooperation in this matter.

Best regards,

**Larissa Johnson**
Paralegal
Leidos/DOJ Contractor
Office of International Judicial Assistance
U.S. Department of Justice
202-514-6700 / OIJA@usdoj.gov