# Exhibit 6



KMStanford:mtr:lkj

**U.S. Department of Justice**

Civil Division

Office of International Judicial Assistance

---

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

April 18, 2024

**<u>BY EMAIL & FEDEX</u>**
Mongi Dhaouadi
30 Spring St., #2
New London, CT 0630-3511
Email: Mongi25d@gmail.com

   Re: Request for International Judicial Assistance from the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye, in <u>Ahmed M. Bedier v. Aslihan Bedier</u>, Ref No.: 2022/480
     DJ Reference Number: 189-25-24-38

Dear Mr. Mongi:

  Our office has made repeated attempts to acquire your response to the above-captioned Request. This is the final request our office will make for your voluntary cooperation.

  In its Request, the Turkish Court requested we obtain evidence, in the form of testimony, from you in response to a civil lawsuit filed by Ahmed M. Bedier. I am hopeful you will provide the answers voluntarily by completing the enclosed form, entitled "Execution Affidavit of Letter of Request," which sets forth the questions as worded in the attached translation of the Letter of Request. **After completing the affidavit, please return it by email to OIJA@usdoj.gov no later than May 10, 2024.** If you are unable to send the affidavit electronically, it may be sent by mail, preferably by FedEx, to the following address:

        Krysta M. Stanford
      Trial Attorney, U.S. Department of Justice
      Office of International Judicial Assistance
       1100 L Street, NW, Room 8024
        Washington, D.C. 20005

  Our office is contacting you for the third and final time to seek your voluntary cooperation with this Request. If you are unwilling to comply voluntarily, or if you do not reply to this letter by May 10, 2024, our office will seek a court order from the United States District Court for the District of Connecticut to compel you to provide your testimony pursuant to 28 U.S.C. § 1782.

      Please confirm receipt of this Request and your intention to comply voluntarily by calling 202-353-2148 or by email at OIJA@usdoj.gov. Do not hesitate to contact our office if you have any questions. Thank you in advance for your cooperation and assistance in this matter.

                                       Very truly yours,

                                       KRYSTA M. STANFORD
                                           Trial Attorney

Enclosures:
    (1) Execution Affidavit of Letter of Request
    (2) Letter of Request

| | |
|---|---|
| **From:** | OIJA Mailbox |
| **To:** | mongi25d@gmail.com |
| **Subject:** | International Judicial Assistance Request (189-25-24-38) |
| **Date:** | Thursday, April 18, 2024 10:11:00 AM |
| **Attachments:** | 189-25-24-38$Execution Package 3.pdf |
| | 189-25-24-38$Execution Affidavit.docx |

Dear Mr. Dhaouadi,

I am writing to transmit this Request for a third time. Please provide your responses to these interrogatories as soon as possible. Please let me know if you have any questions. If we do not receive your responses by May 10, 2024, we will seek a court order from the United States District Court for the District of Connecticut.

Kindly confirm receipt of this email. We appreciate your time and cooperation in this matter.

Best regards,

**Larissa Johnson**
Paralegal
Leidos/DOJ Contractor
Office of International Judicial Assistance
U.S. Department of Justice
202-514-6700 / OIJA@usdoj.gov