# Exhibit 7



**U.S. Department of Justice**

Civil Division

Office of International Judicial Assistance

KMStanford:mtr:lkj

---

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

May 23, 2024

**BY FEDEX**
Mongi Dhaouadi
614 N. Ripley St.
Alexandria, VA 22304
Phone: 860-514-8038

      Re:    Request for International Judicial Assistance from the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye, in <u>Ahmed M. Bedier v. Aslihan Bedier</u>, Ref No.: 2022/480
            DJ Reference Number: 189-25-24-38

Dear Mr. Mongi Dhaouadi:

      Our office has made repeated attempts to acquire your response to the above-captioned Request. This is the final request our office will make for your voluntary cooperation.

      In its Request, the Turkish Court requested we obtain evidence, in the form of testimony, from you in response to a civil lawsuit filed by Ahmed M. Bedier. I am hopeful you will provide the answers voluntarily by completing the enclosed form, entitled "Execution Affidavit of Letter of Request," which sets forth the questions as worded in the attached translation of the Letter of Request. **After completing the affidavit, please return it by email to OIJA@usdoj.gov no later than June 14, 2024.** If you are unable to send the affidavit electronically, it may be sent by mail, preferably by FedEx, to the following address:

Krysta M. Stanford
Trial Attorney, U.S. Department of Justice
Office of International Judicial Assistance
1100 L Street, NW, Room 8024
Washington, D.C. 20005

      Our office is contacting you for the third and final time to seek your voluntary cooperation with this Request. If you are unwilling to comply voluntarily, or if you do not reply to this letter by June 14, 2024, our office will seek a court order from the United States District Court for the United States District Court for the Eastern District of Virginia to compel you to provide your testimony pursuant to 28 U.S.C. § 1782.

    Please confirm receipt of this Request and your intention to comply voluntarily by calling 202-514-6700 or by email at OIJA@usdoj.gov. Do not hesitate to contact our office if you have any questions. Thank you in advance for your cooperation and assistance in this matter.

                        Very truly yours,

                        *[signature]*

                        KRYSTA M. STANFORD
                        Trial Attorney

Enclosures:
    (1) Execution Affidavit of Letter of Request
    (2) Letter of Request

**FedEx**

June 27, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 776519905344

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | M.MONGI | **Delivery Location:** | 614 N RIPLEY ST |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Direct Signature Required | | ALEXANDRIA, VA, 22304 |
| | | **Delivery date:** | May 24, 2024 14:47 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 776519905344 | **Ship Date:** | May 23, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Mongi Dhaouadi,
614 N. Ripley St.
ALEXANDRIA, VA, US, 22304

**Shipper:**
Krysta Stanford, OIJA
1100 L Street NW
Room 8024
WASHINGTON, DC, US, 20005



Thank you for choosing FedEx