## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL ) <br> JUDICIAL ASSISTANCE FROM THE 10TH ) <br> FAMILY COURT OF ANADOLU IN ) <br> ISTANBUL, REPUBLIC TÜRKIYE IN THE ) <br> MATTER OF *AHMED M. BEDIER v.* ) <br> *ASLIHAN BEDIER.* ) <br> _____ ) | Case No. 1:24-mc-19 |

### *EX PARTE* ORDER

WHEREAS, the United States of America, by its counsel, on behalf of the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye, in the matter of *Ahmed M. Bedier v. Aslihan Bedier*, Ref. No. 2022/480, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain testimony from Mongi Dhaouadi, for use in connection with a judicial proceeding in the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye; and

WHEREAS upon review of the Letter of Request issued by the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye, in the matter of *Ahmed M. Bedier v. Aslihan Bedier,* seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Türkiye, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Matthew J. Mezger, Assistant United States Attorney for the Eastern District of Virginia, is hereby appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Mongi Dhaouadi in the form of a written affidavit for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the

10th Family Court of Anadolu in Istanbul, Republic of Türkiye, in the matter of *Ahmed M. Bedier v. Aslihan Bedier*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the U.S. Department of Justice shall provide Mongi Dhaouadi in Alexandria, Virginia with a copy of this Order and the accompanying documents.

This the 10th day of July, 2024.

/s/
Leonie M. Brinkema
United States District Judge