UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE 10TH FAMILY COURT OF ANADOLU IN ISTANBUL, REPUBLIC TÜRKIYE IN THE MATTER OF *AHMED M. BEDIER v. ASLIHAN BEDIER.* | Case No. 1:24-mc-19 (LMB/LRV) |

## NOTICE OF RECEIVED INTERROGATORY RESPONSES

The United States of America, through its undersigned counsel, hereby provides notice to the Court that on August 11, 2024, Commissioner Matthew J. Mezger, Assistant United States Attorney for the Eastern District of Virginia received a completed affidavit and interrogatory responses from Mr. Mongi Dhaouadi. The Department of Justice will now deliver those responses to the 10th Family Court of Anadolu in Istanbul, Republic of Türkiye. Absent unforeseen or exceptional circumstances, the undersigned does not anticipate that further judicial intervention from this Court is needed.

Dated: August 12, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*: _____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3741
Fax: (703) 299-3983
Email: matthew.mezger@usdoj.gov

*Counsel for United States of America*

# CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2024, I caused a true and correct copy of the foregoing to be deliver to the below recipient via e-mail and via first-class mail.

Mongi Dhaouadi
614 N. Ripley Street
Alexandria, Virginia 22304
Mongi25d@gmail.com

                                              /s/
                                MATTHEW J. MEZGER
                                Assistant United States Attorney
                                Office of the United States Attorney
                                Justin W. Williams U.S. Attorney's Building
                                2100 Jamieson Avenue
                                Alexandria, Virginia 22314
                                Tel:    (703) 299-3741
                                Fax:   (703) 299-3983
                                Email:  Matthew.Mezger@usdoj.gov

                                *Counsel for United States of America*